IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Randstad, US, LP,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. RDB-15-3354<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT DECREE

This action was instituted by Plaintiff, Equal Employment Opportunity Commission (the "EEOC" or the "Commission"), against Defendant Randstad US, L.P. (incorrectly identified as "Randstad, US, LP") ("Defendant") alleging that Defendant unlawfully discriminated against April Cox when it failed to hire her because she is a recovering drug addict in a supervised rehabilitation program, in violation of Sections 102(a) of the Americans with Disabilities Act ("the ADA") of 1990, as amended through the Americans with Disabilities Amendments Act of 2008, 42 U.S.C. § 12112(a). The parties desire to resolve the Commission's action without the time and expense of continued litigation, and to formulate a plan to be embodied in a Decree which will promote and effectuate the purposes of the ADA. Neither the negotiation of nor the agreement to this Decree is to be construed as an admission or acknowledgement by Defendant of wrongdoing or liability.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure and the ADA. Therefore, upon due consideration of the record herein and being fully advised in the premises, it is ORDERED, ADJUDGED AND DECREED:

## Scope of Decree

1. This Decree resolves all issues and claims in the Complaint filed by the Commission in this ADA action which emanated from the Charge of Discrimination filed by April Cox. This Decree in no way affects the Commission's right to process any other pending or future charges that may be filed against Defendant and to commence civil actions on any such charges as the Commission sees fit.

2. This Decree shall be in effect for a period of 18 months from the date it is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and the parties for purposes of enforcing compliance with the Decree, including issuing such orders as may be required to effectuate the purposes of the Decree.

3. Except as otherwise specified in this Decree, the terms of this Decree apply only to Defendant's branch office located at 1711 York Road, Suite A, Lutherville, Maryland 21093 (the "Lutherville Branch") and to accounts serviced by that office.

4. This Decree, being entered with the consent of Plaintiff and Defendant, shall not constitute an adjudication or finding on the merits of the case.

## Relief to April Cox

5. Within fourteen business days of entry of this Decree, Defendant shall pay April Cox monetary relief in the total amount of $50,000, representing $10,000 in back pay and $40,000 in compensatory damages. Defendant shall administer proper withholdings from the back pay portion for taxes and required employee contributions for FICA and Medicare. Defendant's required employer contributions for FICA and Medicare are separate from, and shall not be deducted from, the portion of the payment representing compensatory damages. The check will be sent directly to Cox, and a photocopy of the check and related correspondence will be mailed to the EEOC, Baltimore Field Office,

10 S. Howard Street, 3rd Floor, Baltimore, Maryland 21201 (Attention: Supervisory Trial Attorney Maria Salacuse). Defendant will issue to Cox a United States Internal Revenue Services Form 1099 for the 2016 tax year for the compensatory damages amounts paid to her and a W-2 form for the back pay paid to her.

### Injunctive Relief

6. Defendant, its officers, agents, servants, employees and all persons acting or claiming to act on its behalf and interest are hereby enjoined from denying employment opportunities to qualified individuals with disabilities and violating the provisions of Title I of the ADA, including the following provision:

> No covered entity shall discriminate against a qualified individual on the basis of disability in regard to job application procedures, the hiring . . . and other terms, conditions, and privileges of employment.

ADA, Title I, Section 102(a). Specifically, Defendant shall not refuse to hire or otherwise exclude or disqualify any applicant from employment with Defendant based on the applicant's positive test for prescription medications so long as the applicant demonstrates, to the satisfaction of Defendant's Medical Review Officer ("MRO"), that he or she: (a) has a valid prescription for such medication; (b) uses the medication as directed by his or her physician or other healthcare professional; and (c) does not pose a threat to his or her own safety or the safety of others as a result of using the prescribed medication. To the extent the MRO informs Defendant that an applicant's lawful use of prescription medication poses threat to the applicant or others in the workplace, Defendant will assess, through the ADA's interactive process, the extent to which that threat constitutes a "direct threat" as defined under the ADA and, if so, whether any available reasonable accommodations would reduce the safety risk to an acceptable level.

3

### Reminder Regarding Drug and Alcohol Policy And Lawfully Prescribed Medications

7. Within two months from the entry of this Decree, Defendant shall electronically publish an internal communication to all employees directly responsible for conducting pre-employment drug screening of Talent reminding those employees that, under Defendant's Drug and Alcohol Policy, applicants shall not be excluded from employment simply by virtue of testing positive for a lawfully prescribed medication (including methadone) or their participation in a treatment program involving the use of lawfully prescribed medication. Within 30 days of publication, Defendant will provide certification to the Commission's counsel of record that the electronic reminder was distributed. This Paragraph shall not be limited to Defendant's Lutherville Branch but instead includes all Mass Customized Branches of Defendant.

### ADA Training: Drug Screening and The Use of Lawfully Prescribed Medications

8. Within nine months from the entry of this Decree, Defendant will provide training on the requirements and prohibitions of the ADA as they relate to drug screening and the use of lawfully prescribed medications This training shall be provided to all existing personnel responsible for the pre-employment drug screening process for Talent, as well as any Risk Management, Talent Relations and Legal Department employees responsible for providing internal guidance on pre-employment drug screening processes. During the term of this Consent Decree, new hires responsible for drug screening shall receive this training as part of Randstad's onboarding and training process. For existing employees and new employees, Defendant will conduct this training using live training conducted by a member Randstad's Risk Management, Legal or Talent Relations Department at Randstad University and/or complete a computer based training module. The training will include a special emphasis on the following topics:

4

  a. An explanation that Defendant's Drug and Alcohol Policy does not prohibit the use of lawfully prescribed medications;

  b. An explanation that all on-site positive tests for prescription drugs must be sent to a certified laboratory for confirmation testing unless the applicant declines consent for confirmation testing and, when confirmation testing yields a positive result, that the laboratory send the test results to a medical review officer ("MRO");

  c. An explanation that, if the MRO determines that there is a legitimate medical explanation for a positive test result, the MRO will report a negative test result to Randstad.

  d. An explanation that, in situations in which Defendant learns of a safety concern arising from an applicant's use of lawfully prescribed medication, Defendant's employees shall engage Defendant's Talent Relations Group and/or Defendant's Legal Department to assess whether: (1) the applicant's use of lawfully prescribed medication poses a "direct threat" to the Talent or others as defined under the ADA; and, if so, (2) whether any available reasonable accommodation would reduce the risk of the threat to an acceptable level.

This Paragraph shall not be limited to Defendant's Lutherville Branch but instead includes all Mass Customized Branches of Defendant.

  9. At least twenty days prior to commencement of the first training session, Defendant shall provide the Commission with detailed agenda of the training. Within ten months from the date of this Decree, Defendant shall certify to the Commission that it has trained existing employees described in Paragraph 8 on the subjects identified in Paragraph 8.

5

### Notice and Postings

10. Within ten business days of entry of this Decree, Defendant will post and cause to remain posted the posters required to be displayed in the workplace by Commission Regulations, 29 C.F.R. § 1601.30, in all places where notices to employees customarily are posted at its facilities.

11. Within ten business days of entry of this Decree, Defendant will post in all places where notices to employees customarily are posted at its Lutherville Branch Exhibit A ("Notice to Employees"). This Exhibit shall be posted and maintained for the duration of the Decree and shall also be signed by Defendant's Compliance Manager, Leslie Kennedy, with the date of actual posting shown thereon. Should the Exhibit become defaced, marred, or otherwise made unreadable, Defendant will ensure that new readable copies of the Exhibits are posted in the same manner as heretofore specified. Within 30 days of approval of this Decree, Defendant shall forward to the Commission's Baltimore Field Office a copy of the signed Notice (Exhibit A) and written certification that all Exhibits have been posted and a statement of the location(s) and date of posting.

### Monitoring Provisions

12. On a semi-annual basis, Defendant will prepare and submit to the Commission a list of all applicants for employment with Defendant's Lutherville Branch who informed Defendant of their participation in a supervised methadone rehabilitation program and/or who tested positive for methadone during the pre-employment drug screening process. The list will include each individual's name; the individual's date of application; and whether the individual was hired or not hired.

13. In addition to the monitoring provisions set forth elsewhere in this Decree, EEOC may monitor compliance during the duration of this Decree by inspection of Defendant's Lutherville Branch premises and records, and through interviews with employees of Defendant's Lutherville Branch at reasonable times. Defendant shall provide the Commission reasonable access to the Lutherville Branch,

records maintained at the Lutherville Branch and internal employees employed at the Lutherville Branch upon twenty-one days' written notice by the Commission. A Randstad attorney shall be present for all interviews with Randstad employees.

16. All materials required by this Decree to be sent to EEOC shall be addressed to:

> Equal Employment Opportunity Commission
> Baltimore Field Office
> Attention: Maria Salacuse, Supervisory Trial Attorney
> 10 S. Howard Street, 3rd Floor
> Baltimore, Maryland 21201

17. The Commission and Defendant shall bear their own costs and attorneys' fees.

18. The undersigned counsel of record in the above-captioned action hereby consent, on behalf of its respective clients, to the entry of the foregoing Consent Decree.

Respectfully submitted,

FOR PLAINTIFF:

/s/
Debra M. Lawrence, Regional Attorney
(Signed by Maria Salacuse with permission of Debra Lawrence)

/s/
Maria Salacuse (Bar No. 15562)
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Baltimore Field Office
10 S. Howard Street, 3d Floor
Baltimore, MD 21201
Phone: (410) 209-2733
Fax: (410) 962-4270
E-mail: maria.salacuse@eeoc.gov

FOR DEFENDANT:

/s/
Eric J. Janson, Esq. (Bar No. 974395)
(Signed by Maria Salacuse with permission of Eric J. Janson)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
(202) 463-2400 (telephone)
(202) 641-9232 (facsimile)
ejanson@seyfarth.com

7

**SO ORDERED.**

Signed and entered this 5th day of FEBRUARY, 2016.

_____
Richard D. Bennett
United States District Judge

8



# NOTICE TO APPLICANTS AND EMPLOYEES POSTED PURSUANT TO A CONSENT DECREE BETWEEN THE EEOC AND RANDSTAD US, LP

The Americans with Disabilities Act ("the ADA") makes it unlawful for an employer to refuse to hire or otherwise exclude or disqualify any applicant from employment based on any perceived safety risk related to the individual's disability without first

(a) performing an assessment of whether the applicant or employee poses a direct threat using an assessment process and decisional criteria that comply with the ADA and

(b) considering whether there are any reasonable accommodations available that could eliminate or significantly reduce any perceived safety risk to an acceptable level.

Randstad US, LP is committed to complying with the ADA. To that end, Randstad has taken steps to remind and train employees responsible for drug screening and hiring Talent that Randstad's Drug and Alcohol Policy does not prohibit the use of lawfully prescribed medications (including methadone), nor does it prohibit participation in a related treatment program.

As always, employees or job applicants should feel free to report instances of discriminatory treatment to a supervisor, a manager, or Randstad's Talent Relations Team (1.888.726.3782 x16700) at any time. We have established policies and procedures to promptly investigate any such reports and to protect the person making the reports from retaliation, including retaliation by the person allegedly guilty of the discrimination.

Individuals are also free to make complaints of employment discrimination directly to the Equal Employment Opportunity Commission's Baltimore Field Office at 10 S. Howard Street, 3rd Floor, Baltimore, Maryland 21201 or by calling 1-800-669-4000/ TTY (410) 962-6065. General information may also be obtained on the Internet at www.eeoc.gov.

_____
Leslie Kennedy, Compliance Manager
Randstad US, LP

Date Posted: